stances, he is under no burden of replying."

The cases relied upon in this motion all relate to situations where the accused was not under arrest.

Remaining convinced that we properly disposed of this cause originally, the State's second motion for rehearing is overruled.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.